**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE BERTUSSI, an individual,<br><br>                                    Plaintiff,<br>   vs.<br><br>JOHN BERTUSSI and HELEN BERTUSSI,<br><br>                                    Defendants. | CASE NO. 06-CV-02269 JM (RBB)<br><br>**ORDER GRANTING STIPULATION AND STAYING PROCEEDINGS** |

On January 3, 2007, the parties submitted for the court's approval a stipulation in which the parties agree to pursue mediation and, in the event mediation does not result in a resolution of this case by April 31, 2007, that Defendants shall have forty-five days thereafter to file a responsive pleading. See Docket No. 7.

The court hereby **GRANTS** the stipulation in its entirety and **STAYS** proceedings in this case until May 1, 2007.  If a joint motion for dismissal, indicating that this case has settled, is not filed with the court by May 1, 2007, the parties are **ORDERED** to appear for a status conference on May 2, 2007 at 11:00 AM.

**IT IS SO ORDERED.**

DATED: January 5, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties