# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE BERTUSSI,<br><br>                                    Plaintiff,<br>  vs.<br><br>JOHN BERTUSSI; and HELEN BERTUSSI,<br><br>                                    Defendant. | CASE NO. 06cv2269 JM(RBB)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

     For good cause shown, the court hereby grants the parties' joint motion for dismissal with prejudice. The Clerk of Court is instructed to dismiss this case with prejudice.

     **IT IS SO ORDERED.**

DATED: May 18, 2007

                                                        Hon. Jeffrey T. Miller
                                                   United States District Judge

cc:     All parties